JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Zerorez, Inc., a Delaware Corporation, Zerorez Franchising Systems, Inc., a Delaware Corporation, and Z Intellectual Property Holding Company, LLC, a Utah limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>Zero Residue Carpet Cleaning, 0Residue Carpet Cleaning, Genesis Carpet & Upholstery, Dquan Hoskins, Nathan Levy, Josue David Cortez Amaya, Oren Livene, and Ofir Asis,<br><br>Defendants. | Case No. 8:24-cv-00567-JVS-JDE<br><br>**ORDER ACKNOWLEDGING NOTICE OF DISMISSAL** |

1  Having received the Notice of Dismissal in the above-captioned action
2  pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and submitted by counsel for the
3  plaintiff, the Clerk of the Court acknowledges that that all claims in this action
4  have been dismissed without prejudice and that this case is now CLOSED.

Dated: August 12, 2024

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE